[No. 10501-9-I. Division One. January 11, 1984.]

*In the Matter of the Marriage of* MARJORIE A.
HONNOLD, *Respondent, and* HARRY R.
HONNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D-121095, Gordon S. Clinton, J. Pro Tem.,
entered June 9, 1981. *Affirmed in part* and *reversed in part*

by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.